IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KENNETH NEWKIRK,**

    Plaintiff,

v.                                                          Civil Action No. **3:16CV139**

**ARTISHA GREGG,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Kenneth Newkirk, a Virginia inmate proceeding *pro se*, submitted this action and requested leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Newkirk has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim. *See, e.g.*, *Newkirk v. Shaw*, No. 3:14CV426–HEH, 2014 WL 4161991, at *3 (E.D. Va. Aug. 19, 2014); *Newkirk v. Cir. Ct. of Hampton*, No. 3:14CV372–HEH, 2014 WL 4072212, at *3 (E.D. Va. Aug. 14, 2014); *Newkirk v. Lerner*, No. 3:13CV364–HEH, 2014 WL 587174, at *2-5 (E.D. Va. Feb. 14, 2014); *Newkirk v. Chappell*, No. 3:13CV73–HEH, 2013 WL 5467232, at *3 (E.D. Va. Sept. 30, 2013). Newkirk's current complaint does not demonstrate that he is imminent danger of serious physical harm. Accordingly, the Court will

deny Newkirk's request to proceed *in forma pauperis*. The Court will dismiss the action without prejudice to Newkirk's refiling of the action accompanied by the full $400.00 filing fee.

An appropriate Order will accompany this Memorandum Opinion.

Date: 4/22/16
Richmond, Virginia

/s/ _____
John A. Gibney, Jr.
United States District Judge